To: the man Richard W. Nagel, sometimes acting as
Court clerk: United States District Court for the Southern District of Ohio
Office of the Clerk
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202
The United States of America

From: david of the House Leugers
For: David Michael Leugers
    4560 Rita Mae Drive
    Fairfield, Ohio RR45014
    dmleugers@fuse.net
    (513) 939-6545

re: Case #1:16cv614

Dated: June 20, 2016

### notice of non-representative capacity

i, a living man, hereby appears by special limited appearance in a non-representative capacity as a third party intervenor—subject to my receipt of your written verifiable claim and proof of claim to the contrary—all within three days.

**Notice of Service of Process**
i, hereby certify that i mailed a true and correct copy of the
foregoing by first class US mail
postage prepaid to:

the man James M. Strandjord
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, District of Columbia 20044

this 20th of June, A.D. 2016


Sincerely


__*david michael leugers*__  david-michael:leugers non-negotiable
autograph, under seal and in service, all rights reserved.

To: the man Richard W. Nagel, sometimes acting as
Court clerk: United States District Court for the Southern District of Ohio
Office of the Clerk
Potter Stewart U.S. Courthouse
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202
The United States of America



From: david of the House Leugers
For: David Michael Leugers
    4560 Rita Mae Drive
    Fairfield, Ohio RR45014
    dmleugers@fuse.net
    (513) 939-6545

re: Case #1:16cv614

Dated: June 20, 2016

### notice of withdrawal of appearance as agent

i, a living man, hereby withdraw any and all appearances of myself or anyone else acting as my attorney or guardian in the representative capacity as agent for the business organization known as "DAVID MICHAEL LEUGERS/DAVID M. LEUGERS/David Micheal Leugers/ David M. Leugers/ David M. Leugers, Jr." or any similar name that could be confused with mine subject to my receipt of your written, verifiable claim and proof of claim to the contrary—all within three days.

**Notice of Service of Process**
i, hereby certify that i mailed a true and correct copy of the
foregoing by first class US mail
postage prepaid to:

the man James M. Strandjord
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, District of Columbia 20044

this 20th of June, A.D. 2016


Sincerely


_david michael leugers_    david-michael:leugers non-negotiable
autograph, under seal and in service, all rights reserved.