IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 JUN 29 PM 12: 48

U.S. DISTRICT COURT
SOUTHERN DIST OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 1:16cv614 |
| DAVID M. LEUGERS, et al, | ) ) | |
| *Defendants* | ) | |

CHALLENGE JURISDICTION AND MOTION TO DISMISS

i, david of the House Leugers, a living man without benefit of counsel, hereinafter known as Leugers, and by special limited appearance in a non-representative capacity as a third party intervenor, moves the Court to place on the record the Constitutional authority giving the Court subject matter, territorial and personam jurisdiction or dismiss with prejudice the above case (Civil Action No. 1:16cv614) for cause. Leugers requests the Court take Judicial Notice of the following:

Article III of the Constitution creates the Supreme Court and authorizes Congress to ordain and establish inferior trial courts of *special (or limited) jurisdiction*—with no authority to exercise general jurisdiction (territorial, personal, and subject matter) anywhere in the Union. *Ref U.S. Constitution Article III.*

Whereas UNITED STATES OF AMERICA, plaintiff in this matter, is not "the United States" of the U.S. Constitution Article III § 2, therefor no Article III court can take subject matter jurisdiction in just any case UNITED STATES OF AMERICA is party to. *"The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United*

*States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--; between a state and citizens of another state--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects." U.S. Constitution* Article III § 2.

Whereas the UNITED STATES DISTRICT COURT has operated as a court of general jurisdiction, *"The best-known courts are courts of ... unlimited trial jurisdiction, both civil and criminal, within their jurisdictional area.  At the federal level, these are called DISTRICT COURTS.... " West's Encyclopedia of American Law, Volume 9 (West Group: St Paul, Minn., 1998) page 316* . therefor if performing as an Article IV Court the UNITED STATES DISTRICT COURT can only take jurisdiction within its jurisdictional area.  The UNITED STATES DISCTRICT COURT area of jurisdiction is limited to the District of Columbia (New Columbia) *Ref U.S. Constitution Article IV § 3*.  <u>Neither Butler County, Ohio nor Hamilton County, Ohio is situate within "Territory or other Property belonging to the United States" such as the District of Columbia.</u>

The true identity of the plaintiff  UNITED STATES OF AMERICA and defendants DAVID M. LEUGERS, et al,  are not in evidence before the Court.  Usage of the language convention  known as GLOSSA, a form of knowing misrepresentation of fact to promote personage, in the creation of documents in the above case (Civil Action No. 1:16cv614)  constitutes fraud upon the court and a violation of Leugers inalienable rights as an American National and Ohioan.  Leugers is not a slave, corporation, dead man's estate, individual, or anything other than a natural flesh-and-blood living man and one of the free, sovereign and independent people of the United  States (*Definitive Treaty of Peace, Paris, 1783*).  Ref attached copy of **Judicial Notice of Fraud and Violation Immediate**

*Order to Cease and Desist.*

Whereas Leugers was born upon the land of Ohio, is an Ohioan (Ohio National), and is domiciled within Ohio, Leugers is not, nor has he ever been, a citizen of the United States or a United States Citizen. Leugers, a non-resident non-person, has never been a resident of the District of Columbia or one of the Federal Insular States. Leugers never worked for the federal civil government. Leugers has never been an active duty or reserve military personnel. Leugers has never sought welfare or political asylum from the federal government. Leugers is not an African American. Leugers never knowingly, with full disclosure, made an election to choose to operate as a federal corporation franchisee. All presumptions, from wherever sourced, of federal citizen status or residency in the District of Columbia notwithstanding, Leugers has never complied with the exact requirements of the *Naturalization Act of 1802, Seventh Congress, Session 1, Chapter 28, Sections 1-4, April14, 1802*, necessary for anyone born in an American state to become a United States Citizen. Therefor any claims that Leugers knowingly, with full disclosure, elected to become a citizen of the United States must include documented proof Leugers completed the steps required by the Naturalization Act of 1802. *Affirmati, non neganti incumbit probatio. The proof lies upon him who affirms, not on him who denies. Maxims of Law from Bouvier's 1856 Law Dictionary.*

Leugers demands evidence that congress was ever empowered to name corporate persons after living American State Nationals. Leugers demands evidence of any provision for congress to require or even request registration of any child born on American soil. Such activities violate International Law and result in involuntary servitude, press-ganging, and enslavement. *Ref Supplementary Convention on the Abolition of Slavery, the Slave Trade, and Institutions and*

*Practices Similar to Slavery, 226 U.N.T.S. 3, entered into force April 30, 1957.*

No private contract can overcome the Public Law of this country or the International Law.

*Pacta privata juri publico derogare non possunt* - *Private contracts cannot derogate from the public law. Maxim of Law 7 Co. 23 Bouvier's 1856 Law Dictionary* .

**Notice of Service of Process**

i, hereby certify that i mailed a true and correct copy of the
foregoing by first class US mail
postage prepaid to:

the man James M. Strandjord
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, District of Columbia 20044

this 27th of June, A.D. 2016


Sincerely


*[signature]* david-michael:leugers non-negotiable
autograph, under seal and in service, all rights reserved.

*Practices Similar to Slavery*, 226 U.N.T.S. 3, entered into force April 30, 1957.

No private contract can overcome the Public Law of this country or the International Law.

*Pacta privata juri publico derogare non possunt* - Private contracts cannot derogate from the public law. Maxim of Law 7 Co. 23 Bouvier's 1856 Law Dictionary.

**Notice of Service of Process**

i, hereby certify that i mailed a true and correct copy of the foregoing by first class US mail postage prepaid to:

the man James M. Strandjord
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, District of Columbia 20044

this 27th of June, A.D. 2016

Sincerely

*[signature]*   david-michael:leugers non-negotiable
autograph, under seal and in service, all rights reserved.

## Judicial Notice of Fraud and Violation
## Immediate Order to Cease and Desist

Issued to All United States District Courts and Federated State and County Courts Operating on American Soil and All Members of the American Bar Association and All Members of the International Bar Association and to the United States Congress

Copy: World Court, The Hague

Registration Number: RA 876 270 415 US

Order Number: Republic 49Alaska 5272016-000101

---

### Judicial Notice of Fraud and Violation:

GLOSSA, "American Sign language" Section 11:144 and 11:147: The Chicago Manual of Styles. [The use of all capital letters to express a name or other content.]

GLOSSA (American Sign Language) Definition from Black's Law Dictionary, Fourth Edition:

[Example:] GLOSSA VIPERINA EST QUAE CORRODIT VISCERA TEXTUS.

11 Coke, 34. It is a poisonous gloss which corrupts the essence of the text.

### Order

The use of the above described language convention invalidates by fraud every contract and every court proceeding that has been addressed via its employment in America and elsewhere for the past century and a half. All such proceedings employing this form of text at any point in their process and all resulting judgments are null and void, *ab initio*, for cause.

All courts of all kinds, public and private, judicial and administrative, military, civilian and national existing within the borders of the organic states of the Union or operating upon American soil in any capacity whatsoever are hereby given Public Notice and Ordered to Cease and Desist the use of these fraudulent conventions immediately and to void all decisions tainted by its use.

By my hand: _[signature]_ Judge Anna Maria Riezinger, non-negotiable, all rights reserved, for, by, and on the record of the Alaska State Superior Court.