UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                                       Case No.  1:16cv614

David M. Leugers, *et al.*,             Judge Michael R. Barrett

    Defendants.

### ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on December 1, 2016 (Doc. 39).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation (Doc. 39) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 39) of the Magistrate Judge is hereby **ADOPTED.**  Defendant's Rule 12(i) Motion to Hear Leugers' Challenge Jurisdiction and Motion to Dismiss is **DENIED.**

    **IT IS SO ORDERED.**

                                                s/*Michael R. Barrett*
                                                Michael R. Barrett
                                                United States District Judge