IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:16-cv-614 |
| v. | |
| DAVID M. LEUGERS, CONNIE A. LEUGERS, STATE OF OHIO, CITY OF FAIRFIELD in, OHIO, BUTLER COUNTY in OHIO, and PHH MORTGAGE CORPORATION, | Judge Michael R. Barrett<br>Mag. Judge Stephanie K. Bowman |
| Defendants. | |

**PLAINTIFF UNITED STATES OF AMERICA'S MOTION FOR DISMISSAL**

Plaintiff United States of America moves, pursuant to Rule 41(a)(2) of the Fed. R. Civ. P. to dismiss without prejudice the above-captioned case. Defendant David M. Leugers has paid the United States the full amount claimed by the United States in the above-captioned case, and there is no remaining case or controversy. Plaintiff has consulted with defendant David M. Leugers about this motion, and he does not oppose this motion.

WHEREFORE, the plaintiff United States requests that the Court grant its motion to dismiss without prejudice the above-captioned case against all parties.

Respectfully Submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice

/s/ James M. Strandjord_____
JAMES M. STRANDJORD
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-616-3345 (v)
202-514-5238 (f)
James.M.Strandjord@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on March 16, 2017, I electronically filed the foregoing document with the Clerk of the District Court using the EM/ECF system, which sent notification of such filing to all register parties.

       And, I hereby certify that I have mailed on the same day by the United States Postal Service the foregoing document to the following non-EM/ECF participant:

David M. Leugers
4560 Rita Mae Drive,
Fairfield, Ohio 45014

                                   */s/ James M. Strandjord*
                                   JAMES M. STRANDJORD
                                   Trial Attorney
                                   United States Department of Justice,
                                   Tax Division